## ROYAL ELECTRIC CO. et al. v. NOMA ELECTRIC CORPORATION.

District Court, S. D. New York.
July 31, 1930.

Pennie, Davis, Marvin & Edmonds, of New York City, for plaintiffs.

Morris Kirschstein, of New York City, for defendant.

BONDY, District Judge.

The court does not know any reason why a defendant cannot set up a counterclaim against one of several plaintiffs, in patent as well as other litigation. The motion to dismiss the counterclaim accordingly is denied. Should the counterclaim prejudice either party in the trial of the suit, the court, on motion, can order a separate trial thereof.